```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

NOV - 2 2007

  AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

                Plaintiff(s),

v.

NINTH CIRCUIT, et al.,

                Defendant(s).

NO. C07-1353MJP

ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE

The above-entitled Court, having received and reviewed:

1. Report and Recommendation (Dkt. No. 3)

2. Plaintiff's Response to Report and Recommendation (Dkt. No. 5)

3. All exhibits and declarations attached thereto,

and finding that Plaintiff has failed to allege sufficient facts to place Defendants on notice of the nature of his claims, makes the following ruling:

IT IS ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's application for in forma pauperis status is DENIED, and this matter is DISMISSED without prejudice.

The clerk is directed to provide copies of this order to Plaintiff and to Magistrate Judge Theiler..

Dated: Nov 2, 2007

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

07-CV-01353-ORD

ORD DENYING IFP &
DISMISSING CASE - 1